**Opinion issued January 30, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-19-01012-CR

———————————

## IN RE BRIAN WAYNE GERBICH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Brian Wayne Gerbich, has filed a petition for writ of mandamus requesting that our Court compel the district court to grant relator's petition for an occupational license.[1] We deny the petition.

---

[1] The underlying case is *State of Texas v. Brian Wayne Gerbich*, cause number 1581536, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).